OPINION — AG — ** THE OKLAHOMA EMPLOYEE DEFERRED COMPENSATION PLAN ** THE STATE OF OKLAHOMA EMPLOYEE DEFERRED COMPENSATION PLAN TRUST INDENTURE AND THE STATE OF OKLAHOMA EMPLOYEE DEFERRED COMPENSATION PLAN, AS SUBMITTED, COMPLY WITH THE PROVISIONS OF SENATE BILL NO. 264, (74 O.S. 1701 [74-1701]) AND THAT THE TRUSTEES MAY LEGALLY CONSIDER SUCH PLAN AND TRUST INDENTURE FOR ADOPTION. (TRUST, REVENUES) CITE: 74 O.S. 1701 [74-1701] (MARVIN C. EMERSON)